# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

January 6, 2023

*By the Court:*

| | |
|---|---|
| No. 22-2332 | A.M., by her mother and next friend, E.M.,<br>　　　Plaintiff - Appellee<br><br>v.<br><br>INDIANAPOLIS PUBLIC SCHOOLS and SUPERINTENDENT, INDIANAPOLIS PUBLIC SCHOOLS,<br>　　　Defendants<br><br>and<br><br>STATE OF INDIANA,<br>　　　Intervening Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 1:22-cv-01075-JMS-DLP<br>Southern District of Indiana, Indianapolis Division<br>District Judge Jane Magnus-Stinson | |

Upon consideration of the **MOTION FOR LEAVE TO FILE BRIEF AMICUS CURAIE**, filed on January 4, 2023, by counsel for Lorianne Updike Toler,

**IT IS ORDERED** that the motion is **DENIED**. The motion does not contend that the parties consented to the filing of this brief, so leave of court is required. Fed. R. App. P. 29(a)(2). The appellant's brief was submitted on September 6, 2022, so this amicus brief was due September 13, 2022. *See* Fed. R. App. P. 29(a)(6). It was submitted nearly four months late, on January 4, 2023. The motion neither explains the delayed filing nor contends that "good cause" for an extension exists. Fed. R. App. P. 29(a)(6), 26(b). Additionally, the motion fails to explain why an extension of time was not sought. Cir. R. 26. Finally, the parties would be entitled to respond, Fed. R. App. P. 29(a)(6), and briefing was completed December 5, 2022.

form name: **c7_Order_BTC**　　(form ID: **178**)